# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARY TOOR,<br><br>　　　　Defendant. | Case No. 1:15-cv-01033-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>Sixty-Day Deadline |

On October 5, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **October 6, 2015**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1