# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYNTHIA HOPSON,** | **1:15-cv-1033-LJO-SAB** |
| **Plaintiff,** | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (Doc. 7)** |
| **v.** | |
| **GARY TOOR, et al.,** | |
| **Defendants.** | |

Plaintiff has filed a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 7 at 1. Plaintiff requests that the Court issue an order dismissing the entire complaint with prejudice. *Id.*

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES with prejudice this entire action.

**IT IS SO ORDERED**
**Dated: October 23, 2015**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**

1